# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MADERO POUNCIL,                              No. CIV S-09-1169-CMK-P

       Plaintiff,

    vs.                                              ORDER

JAMES TILTON, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action. Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

       Plaintiff names the following as defendants: Tilton, Foston, and Martel. Plaintiff brings this civil rights action pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA") alleging that defendants have instituted a policy which imposes a substantial burden on the practice of his religion. Plaintiff, who is Muslim, is serving a sentence of life without the possibility of parole. According to plaintiff, central tenets of his faith is that he marry, that he consummate the marriage, and thereafter maintain a sexual relationship with his

1

1   wife.  Plaintiff states that defendants have implemented a regulation which prohibits "intimate

2   time (family visiting) for Muslim inmates serving a life without parole term. . . ."  He states that

3   this makes it impossible for him to consummate his marriage and maintain a sexual relationship

4   with his wife.  Plaintiff seeks an injunction prohibiting enforcement of the regulation.

5           The complaint appears to state a cognizable claim for relief.  If the allegations are

6   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court,

7   therefore, finds that service is appropriate and will direct service by the U.S. Marshal without

8   pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until

9   plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may

10  result in dismissal of the action.  See Local Rule 11-110.

11          Accordingly, IT IS HEREBY ORDERED that:

12          1.      The court authorizes service on the following defendant(s):

13                  TILTON,

14                  FOSTON, and

15                  MARTEL;

16          2.      The Clerk of the Court shall send plaintiff one USM-285 form for each

17  defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1     3.     Within 30 days of the date of service of this order, plaintiff shall complete

2  the attached Notice of Submission of Documents and submit the following documents to the

3  court:

4              a.     The completed Notice of Submission of Documents;

5              b.     One completed summons;

6              c.     Three completed USM-285 form(s); and

7              d.     Four copies of the endorsed complaint.

8

9   DATED:  May 4, 2009

10

11                                              _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MADERO POUNCIL,                                     No. CIV S-09-1169-CMK-P

        Plaintiff,

    vs.

JAMES TILTON, et al.,

        Defendants.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order:

      <u> 1 </u>        completed summons form;

      <u>    </u>        completed USM-285 form(s); and

      <u>    </u>        copies of the complaint.

DATED: _____                    _____

                                           Plaintiff