IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADERO POUNCIL,

    Plaintiff,                        No. CIV S-09-1169 LKK CMK P

    vs.

JAMES TILTON, et al.,

    Defendants                      <u>ORDER</u>

_____/

        On March 31, 2010, this court entered an order denying defendants' motion to dismiss as to defendant Secretary of the California Department of Corrections and Rehabilitation ("CDCR") Matthew Cate and granting the motion as to defendant Foston. On April 9, 2010, defendants filed a motion for this court to certify the order for interlocutory appeal. Upon consideration of defendants' argument, the court denies the motion as to all questions except for whether plaintiff's claims are barred under the statute of limitations.

        The court grants plaintiff forty-five (45) days from the issuance of this order to file an opposition to defendant's motion for interlocutory appeal as to the question of whether plaintiff's claims are barred under the statute of limitations. If plaintiff fails to file an opposition, the court will certify this question for interlocutory appeal.

////

1

1 | IT IS SO ORDERED.

2 | DATED: April 19, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT