IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MADERO POUNCIL,** | Case No. 2:09-cv-1169 LKK CMK |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR STAY PENDING APPELLATE REVIEW** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

Good cause appearing, IT IS ORDERED that Defendant's Request for Stay Pending Appellate Review is GRANTED. This matter shall remain stayed until a Mandate is issued by the U.S. Court of Appeals for the Ninth Circuit in *Pouncil v. Tilton*, case number 10-16881.

Dated: September 13, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:09-cv-1169 LKK CMK)