**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADERO POUNCIL, | No. 2:09-CV-1169-LKK-CMK-P |
| Plaintiff, | |
| vs. | |
| M. MARTEL, et al., | |
| Defendants. | <u>ORDER</u> |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On March 3, 2013, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (ECF No. 42.) On April 2, 2013, this court granted plaintiff's motion for appointment of pro bono counsel. (ECF No. 45.) Alan J. Reinach has been selected from the court's pro bono attorney panel to represent plaintiff, and he has accepted the appointment.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Alan J. Reinach is APPOINTED as counsel for plaintiff in this matter. Mr. Reinach shall notify Sujean Park, via telepjone at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

    2. The Clerk of the Court is DIRECTED to designate Alan J. Reinach as plaintiff's attorney of record in the court's CM/ECF system.

1      3. A status (pretrial scheduling) conference is SET for June 24, 2013 at 3:00 p.m.
2 before Judge Karlton. An order will issue that describes, among other things, the contents of the
3 parties' status reports, which are to be filed at least fourteen (14) days preceding the conference.
4 Plaintiff shall appear at the conference solely through counsel.
5      4. The Clerk of the Court is DIRECTED to serve a copy of this order to (i) Alan
6 J. Reinach, Church State Council, 2686 Townsgate Road, Westlake Village, California 91361,
7 and (ii) plaintiff.
8 IT IS SO ORDERED.

10 DATED: April 25, 2013.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```