1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  VICKIE P. WHITNEY, State Bar No. 145316
   Supervising Deputy Attorney General
3  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5388
6    Fax:  (916) 324-5205
     E-mail:  Misha.Igra@doj.ca.gov
7  *Attorneys for Defendant Beard*

8

                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                            SACRAMENTO DIVISION
11

12

13 | **MADERO POUNCIL,** | 2:09-cv-1169 LKK CMK |
14 | Plaintiff, | **STIPULATION AND ORDER TO** |
   |            | **CONTINUE STATUS CONFERENCE** |
15 | **v.** | |
16 | | |
17 | **JAMES TILTON, et al.,** | |
   | Defendants. | |
18

19       The Court scheduled a Status Conference on June 24, 2013.  (ECF No. 47.)  Plaintiff's

20 counsel is unavailable on that date, so the parties stipulate that the status conference may be

21 continued to July 8, 2013, at 2:30 p.m.

22 / / /

23 / / /

24 / / /

25

26

27

28

                                        1

SO STIPULATED:

/s/ Alan J. Reinach
ALAN J. REINACH, ESQ.
*Attorney for Plaintiff, Madero Pouncil*

/s/ Misha D. Igra
MISHA D. IGRA
Supervising Deputy Attorney General
*Attorney for Defendant, Dr. Jeffrey Beard*

IT IS SO ORDERED:

Dated:  May 9, 2013.

SA2009311463
31680978.doc

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT