KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 E-mail: Misha.Igra@doj.ca.gov
*Attorneys for Defendant Beard*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MADERO POUNCIL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES TILTON, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:09-cv-1169 LKK CMK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

　　　The Court scheduled a Status Conference on June 24, 2013. (ECF No. 47.) Plaintiff's counsel is unavailable on that date, so the parties stipulate that the status conference may be continued to July 8, 2013, at 2:30 p.m.

/ / /

/ / /

/ / /

1

SO STIPULATED:

/s/ *Alan J. Reinach*
ALAN J. REINACH, ESQ.
*Attorney for Plaintiff, Madero Pouncil*


/s/ *Misha D. Igra*
MISHA D. IGRA
Supervising Deputy Attorney General
*Attorney for Defendant, Dr. Jeffrey Beard*

IT IS SO ORDERED:


Dated:  May 9, 2013.

SA2009311463
31680978.doc

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT