ALAN J. REINACH, ESQ. SBN 196899
CHURCH STATE COUNCIL
2686 TOWNSGATE ROAD
WESTLAKE VILLAGE, CA, 91361
805-413-7398
FAX:805-497-7099
AJREINACH@CHURCHSTATE.ORG

counsel to Plaintiff Madero Pouncil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MADERO POUNCIL,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES TILTON, et al.,**<br><br>Defendants. | 2:09-cv-1169 LKK CMK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Whereas, the Court scheduled a Status Conference on June 24, 2013, which was continued to July 8, 2013, based on the unavailability of counsel, and

Whereas the Defendants have filed a petition for certiorari in the United States Supreme Court, and the Court has asked Plaintiff to submit a response; and

Whereas Plaintiff's appellate counsel has obtained an extension to file its response, which is not due until late July; and

Whereas a decision from the Supreme Court on the cert petition is not expected until at least September,

It is hereby stipulated and agreed by the undersigned, counsel for the parties in this action, that in the interests of judicial economy, the Status Conference now set for July 8, 2013, be

1

continued indefinitely until a decision is issued by the Supreme Court, at which time counsel for the Defendants will promptly notify this Court; or in the alternative,

The Status Conference is continued until September 30, 2013 at 10:00 a.m.

SO STIPULATED:

   /s/_____
ALAN J. REINACH, ESQ.
*Attorney for Plaintiff, Madero Pouncil*

   /s/_____
MISHA D. IGRA
Supervising Deputy Attorney General
*Attorney for Defendant, Dr. Jeffrey Beard*

IT IS SO ORDERED.

DATED: June 28, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT