UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | No.  CIV. S-09-1169 LKK/CMK<br><br><br><br>**ORDER** |

A status conference was held in chambers on September 30, 2013.  After hearing, the court orders as follows:

1. A further status conference is set for November 12, 2013 at 3:00 p.m.
2. The parties shall file updated status reports no later than October 29, 2013.

IT IS SO ORDERED.

DATED:  September 30, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1