ALAN J. REINACH, ESQ. SBN 196899
CHURCH STATE COUNCIL
2686 TOWNSGATE ROAD
WESTLAKE VILLAGE, CA, 91361
805-413-7398
FAX:805-497-7099
AJREINACH@CHURCHSTATE.ORG

Counsel to Plaintiff Madero Pouncil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MADERO POUNCIL,** | 2:09-cv-1169 LKK CMK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

Whereas the court ordered Plaintiff Madero Pouncil to submit a stipulation permitting him to amend his complaint, or alternatively, a motion to amend the complaint, due on or before November 28, 2013; and

Whereas the Defendant has respectfully declined to ~~so~~ stipulate <ins>to permit Plaintiff to amend his complaint</ins>; and

Whereas communication between Plaintiff and counsel is difficult because of both distance, incarceration, and the lack of telephone contact; and

Whereas Plaintiff's pro bono counsel requested an extension of time so that he could fully communicate with his client regarding the claims to be included in an amended complaint;

1     It is hereby stipulated and agreed:

2     Plaintiff is granted an extension of time to file a Motion to Amend the Complaint to

3 and including December 27, 2013.

6     SO STIPULATED:

7     s/

8 _____    Dated:  November 26, 2013.
ALAN J. REINACH, ESQ.

9 Attorney, pro bono, for Plaintiff Madero Pouncil

11     s/

12 _____    Dated:  November 26, 2013.
David Brice

13 -Deputy Attorney General

14 Attorney for Defendant, James Tilton (Jeffrey Beard)

2

The Stipulation to Extend Plaintiff's time to file a motion to amend his complaint is hereby granted. Plaintiff's Motion to Amend shall be filed on or before December 27, 2013.

IT IS SO ORDERED:

DATED:  December 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT