UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL, | No.   CIV. S-09-1169 LKK/CMK |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES TILTON, et al., | |
| Defendants. | |

On December 27, 2013, plaintiff filed a motion to amend the complaint (ECF No. 64).  On January 13, 2014, defendants filed an opposition to the motion (ECF No. 66) and on January 17, 2014, plaintiff filed a reply (ECF No. 67).  After review of the papers, and good cause appearing, the motion is taken under submission and resolved without oral argument.  See Local Rule 230(g).  After review of the papers, and good cause appearing, plaintiff's motion to amend will be granted.  See Fed. R. Civ. P. 15(a)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The hearing set for January 31, 2014 is vacated.

2. Plaintiff's December 27, 2013 motion to amend (ECF No.

1

```
                64) is GRANTED.
       3. Within five days from the date this order is docketed,
          plaintiff shall file a non-redlined version of the First
          Amended Complaint attached as an exhibit to his motion to
          amend.
       4. Defendants shall respond to the first amended complaint
          within fourteen days thereafter.
       5. The status conference set for February 3, 2014 is
          confirmed.
       IT IS SO ORDERED.
       DATED:   January 21, 2014.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT