UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>         Defendants. | No.   CIV. S-09-1169 LKK/CMK P<br><br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that defendant's motion to dismiss is submitted on the papers.  See Local Rule 230(g).  The hearing set for Monday, April 21, 2014 is dropped from calendar.

　　　DATED:  April 18, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1