Alan J. Reinach, Esq. State Bar No. 196899
Church State Council
2686 Townsgate Road,
Westlake Village, CA 91359
Phone:      805.413-7398
Fax:        805.497-7099
E-mail:     mrliberty@churchstate.org

Attorney for Plaintiff MADERO POUNCIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL,<br><br>    Plaintiff,<br>  v.<br><br>JEFFREY BEARD, in both his individual and official capacity as, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br>    Defendant. | 2:09-CV-1169 JAM-CMK<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AN EXPERT WITNESS REPORT PURSUANT TO F.R.C.P. RULE 26(a)(2)** |

   Whereas on August 28th, this court issued an Amended Status Pretrial Scheduling Order retaining the prior Scheduling Order dates; and

   Whereas the Order required Plaintiff to submit any Expert Witness report by September 22nd; and

   Whereas, Plaintiff's counsel has been on leave from his office since August 25th, due to a very serious slip and fall injury incurred by his wife, necessitating surgery on September 3rd to reattach her hamstring to her hip, and

   Whereas on account of his wife's surgery, she is not ambulatory and requires round the clock care, much of it provided by Plaintiff's counsel; and

Pouncil v. Beard                                   1.                                Joint Stipulation

1  Whereas U.C.S.B. Professor Kathleen Moore has consented to serve as an expert witness to
2  submit a report about the doctrine and practice of marriage within Islam; and
3  Whereas the parties submit that it will benefit the court in evaluating the claims and issues in
4  the present case to have the benefit of this expert testimony; and
5  Whereas Professor Moore has represented that she can submit her report within the extension
6  herein requested;
7  It is hereby stipulated and agreed, by and between the undersigned, counsel for the respective
8  parties, that Plaintiff's time to submit an expert witness report from Prof. Moore is extended to and
9  including Friday, October 3rd

Dated:        September 22, 2014
              Westlake Village, California


       Church State Council                            California Attorney General


By: _____s/_____              By: _____s/ _____
Alan J. Reinach, Esq.                        Timothy Delgado, Esq.
Attorneys for Plaintiff                      Attorneys for Defendant


Good cause being shown, it is SO ORDERED:


Dated:   9/23/2014                           /s/ John A. Mendez_____
                                             Hon. John A. Mendez
                                             United States District Court Judge




Pouncil v. Beard                    2.                         Joint Stipulation