



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Madero Pouncil

Plaintiff(s)

vs.

James Tilton

Defendants.

/

No. 09-01169 JAM-CMK

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Alan J. Reinach, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 25, 2013, by the Honorable Lawrence K. Karlton, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Retain University of California, Santa Barbara Professor Kathleen Moore as an expert witness to prepare a report on the doctrine and practice of marriage within Islam, specifically as it relates to the religious obligation of a Muslim man to his wife, and as it is relevant to the issue of whether the categorical exclusion of prisoners serving LWOP imposes a substantial burden on the exercise of the faith of a married Muslim man, i.e., plaintiff Madero Pouncil.

(e.g., deposition of _______________, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2,000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 09-01169-JAM-CMK

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $2,000 | Payment of Expert Witness Fees | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of October, 20 14, at Westlake Village, California.

Alan J. Reinach

Attorney for Plaintiff(s)

The above expenditure is X Approved ________ Denied

Or,

________ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _______, on ______________________, at __________, ___.M. in Courtroom Number_______.

Dated: October 17, 2014

United States District Judge/Magistrate

Craig M. Kellison