IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MADERO L. POUNCIL,** | 2:09-cv-1169-JAM-CMK |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, the parties' stipulation to extend the deadline for filing dispositive motions is granted. Dispositive motions are now due on or before February 13, 2015. Hearing on any such motions shall be noticed for hearing on March 25, 2015 at 9:30 a.m. in Courtroom #6.

All other scheduling deadlines remain unchanged.

Dated:  1/21/2015                                      /s/ John A. Mendez
                                                                 Hon. John A. Mendez
                                                                 United States District Court Judge

1