IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MADERO L. POUNCIL,**<br><br>                           Plaintiff,<br><br>    v.<br><br>**JAMES TILTON, et al.,**<br><br>                           Defendants. | 2:09-cv-1169-JAM-CMK<br><br>**ORDER** |

GOOD CAUSE APPEARING, the parties' stipulation to reset the hearing on Defendant Beard's motion to dismiss (ECF No. 88) is granted. That motion will be called for hearing on April 22, 2015, at 9:30 a.m. in Courtroom #6.

If necessary, the parties' dispositive motions will come due sixty days after the Court's ruling on Defendant's motion to dismiss. Hearing on any such motions will be reset and calendared in an order to follow. The final pretrial conference and trial will likewise be reset by separate order, if necessary.

Dated: 2/26/2015                                               /s/ John A. Mendez
                                                                         John A. Mendez
                                                                         United States District Court Judge

1