IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Madero Pouncil

            Plaintiff(s)

vs.

James Tilton

            Defendants.

No. 09-01169 JAM-CMK

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Alan J Reinach, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 04/25/2013, by the Honorable Lawrence K. Karlton, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Three trips from southern California: October 21, 2013, to visit client at Mule Creek near Sacramento, and two trips to appear in court, September 30, 2013, scheduling conference with Judge Karlton, and April 21, 2015, oral argument to oppose motion to dismiss. Receipts attached as Exhibits hereto. Air travel: $795.62, rental car, $95.58, and mileage expense to and from airport, three trips, 92 miles each, total: $154.10 (2 at .55, and 1 at .575 federal mileage rates). Did not bill for hotel expense. Total: $1,045.30.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,100.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 09-01169-JAM-CMK

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 2,000 | Expert Witness fee | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of May, 20 15, at Westlake Village, California.

Alan J. Reinach *(signature)*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: _____

_____
United States District Judge/Magistrate Judge